UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

   Plaintiff,

 v.

Sylvia Britt aka Sylvia A. Britt
aka Sylvia Ann Britt-Raven,

   Defendant(s).
_____/

SUMMONS IN A CIVIL ACTION

Case Number: C 12 5508 MAG

TO: (Name and Address of Defendant)

  Sylvia Britt aka Sylvia A. Britt
  aka Sylvia Ann Britt-Raven
  1534 Filbert Street
  Oakland, CA 94607

YOU ARE HEREBY SUMMONED and required to file with the CLERK OF COURT, United States District Court, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA 94102, an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service. You must also serve your answer upon PLAINTIFF'S ATTORNEY, MICHAEL COSENTINO, State Bar No. 83253, Attorney at Law, P.O. Box 129, Alameda, CA 94501

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

RICHARD W. WIEKING      10-24-12

CLERK           DATE

[signature]

BY DEPUTY CLERK